IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 13 C 7492 |
| MIDWEST BRICKPAVING, INC., an Illinois corporation, | ) ) ) | JUDGE CHARLES R. NORGLE, SR. |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, MIDWEST BRICKPAVING, INC., an Illinois corporation, in the total amount of $10,336.18, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,020.00.

On November 5, 2013, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on November 26, 2013. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Patrick N. Ryan

## CERTIFICATE OF SERVICE

   The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>10th</u> day of <u>January 2014</u>:

        Mr. Joel Elfering, Registered Agent/President
        Midwest Brickpaving, Inc.
        18557 State Line Road
        Antioch, IL   60002


           /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CLJ\Midwest Brickpaving\#24614\motion.pnr.df.wpd